

FILED
DISTRICT COURT OF GUAM
OCT 26 2006
MARY L.M. MORAN
CLERK OF COURT

# District Court of Guam

JOSEPHINE M. GRIFFITH ET. AL.,

V.

UNITED STATES OF AMERICA,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-00023

TO: (Name and address of Defendant)

ALBERTO R. GONZALES, ESQ,
ATTORNEY GENERAL OF THE UNITED STATES
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530-001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM L. GAVRAS, ESQ.
LAW OFFICES OF GORMAN & GAVRAS
2ND FLOOR, J&R BLDG.

208 ROUTE 4
HAGATNA, GUAM 96910

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

(By) DEPUTY CLERK

SEP 1 4 2006

DATE

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | September 19, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Rosalyn Pangelinan | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via air-mail, certified return receipt requested and addressed to Alberto R. Gonzales, Esq. Atty. Gen. of the U.S. U.S. Department of Justice, 950 Pennsylvania Ave., NW Washington, D.C. 20530-001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/25/06
             Date

Signature of Server

Law Offices of Gorman & Gavras
2nd Floor, J&R Bldg., 208 Route 4
Hagatna, GU 96910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.