AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
OCT 26 2006
MARY L.M. MORAN
CLERK OF COURT

JOSEPHINE M. GRIFFITH ET. AL.,

## SUMMONS IN A CIVIL CASE

V.

UNITED STATES OF AMERICA,

CASE NUMBER: 06-00023

TO: (Name and address of Defendant)

UNITED STATES ATTORNEY FOR GUAM
LEONARDO M. RAPADAS, ESQ.
c/o CIVIL PROCESS CLERK
OFFICE OF THE UNITED STATES ATTORNEY
108 HERNAN CORTEZ AVE., STE. 500
HAGATNA, GUAM 96910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM L. GAVRAS, ESQ.
LAW OFFICES OF GORMAN & GAVRAS
2ND FLOOR, J&R BLDG.
208 ROUTE 4
HAGATNA, GUAM 96910

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

(By) DEPUTY CLERK

SEP 14 2006
DATE

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE September 19, 2006 |
| NAME OF SERVER (PRINT) Rosalyn Pangelinan | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via Air-Mail Certified return receipt requested and addressed to United States atty for Guam, Leonardo M. Rapadas, Esq. c/o Civil Process Clerk, Office of the U.S. atty., 108 Hernan Cortez Ave. Ste. 500, Hagatna GU 96910

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-20-06
       Date

Signature of Server

Law Offices of Gorman & Gavras
2nd floor, J&R Bldg., 208 Route 4
Hagatna, Guam 96910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.