DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JOSEPHINE M. GRIFFITH, *et al.*,<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Case No. 06-00023<br><br><br><br>**ORDER** |

Due to the scheduling needs of the Court, the Scheduling Conference presently calendared for December 5, 2006, is hereby moved to Monday, December 11, 2006, at 9:30 a.m.

SO ORDERED this 28th day of November 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**