LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

William L. Gavras
Law Offices of Goreman & Gavras
2nd Floor, J & R Building
208 Route 4
Hagatna, GU 96910
Tel: (671) 472-2302
Fax: (671) 472-2342

Attorney for Plaintiff


FILED
DISTRICT COURT OF GUAM
DEC 1 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| Josephine M. Griffith, et. al, ) | CIVIL CASE NO. 06-0023 |
| ) | |
| Plaintiffs, ) | (PROPOSED) |
| ) | |
| vs. ) | JOINT SCHEDULING ORDER |
| ) | AND DISCOVERY PLAN |
| United States of America, ) | |
| ) | |
| Defendant. ) | |

ORIGINAL

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order and Discovery Plan:

1. **Nature of the Case.** This is a complaint for wrongful death.

2. **Posture of the Case.**

    (a) No motions are have been filed.

    (b) The following motions have been resolved: **None to date.**

    (c) The following discovery has been initiated: **None to date.**

3. **Motions to Amend.** All motions to amend the pleadings shall be filed on or before **Tuesday, February 20, 2007.**

4. **Motions to Add Parties**: All motions to add parties shall be filed on or before **Tuesday, February 20, 2007.**

5. **Discovery Plan.** The following is the description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

    (a). **Initial Disclosures**: The times for disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil procedure are modified as follows: 26(a)(1) - within 30 days from the date of this order.

    (b). **Depositions**: Plaintiff: ~~On or before Friday, May 18, 2007.~~

    Defendant: ~~On or before Friday, May 18, 2007.~~

    (c). **Written Discovery:** Each party may propound interrogatories and requests to produce and requests for admissions within the limits set by the Federal Rules of Civil

2

Procedure. If either party determines that it needs to propound more discovery than permitted by the Rules, the parties will confer in good faith to accommodate reasonable discovery requests prior to the filing of any motion relating to a discovery dispute.

(d). **Discovery Cutoff**. The discovery cutoff date (defined as the last date to file responses to discovery) shall be **Friday, October 19, 2007.**

(e). **Expert Discovery**:

1. The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than **Friday, November 16, 2007.**

2. Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made no later than **Friday, December 14, 2008.**

3. The depositions of experts may be scheduled at any time at least 20 days subsequent to the submission of rebuttal reports and the depositions of said experts shall be completed no later than **Friday, January 18, 2008.**

6. **Motions**.

(a) The anticipated discovery motions are: **None are anticipated at this time.** All discovery motions shall be filed on or before **Friday, November 16, 2007,** ~~and heard on or before Friday, December, 14, 2007.~~ *only*

(b) The anticipated dispositive motions are: **Unknown at this time.** All dispositive motions shall be filed on or before **Friday, January 18, 2008,** ~~and heard on or before Friday, February 1, 2008.~~ *only*

7. **Settlement**. The prospects for settlement are unknown at this time..

8. **Preliminary Pretrial Conference.** The preliminary pretrial conference shall be held

3

on **Friday, February 22, 2008** at _10:30_ a.m.

9. **Pretrial Filings**. The parties' pretrial materials, discovery materials, witness lists, exhibit lists, and designation of discovery responses shall be filed on or before **Friday, February 29, 2008.**

10. **Pretrial Order**. The proposed pretrial order shall be filed on or before **Friday, February 29, 2008.**

11. **Final Pretrial Conference**. The final pretrial conference shall be held on **Monday, March 10, 2008** at _10:30_ a.m.

12. **Trial**. Trial shall commence on **Monday, March 17, 2008** at _9:00_ a.m.

13. **Jury.** This is a trial to the Court. No jury.

14. **Anticipated Trial Time.** It is anticipated that it will take approximately 3-4 days to try this case.

15. **Identity of Counsel**. The counsel involved in this case are:

> William L. Gavras
> Law Offices of Goreman & Gavras
> 2nd Floor, J & R Building
> 208 Route 4
> Hagatna, GU 96910
>
> Mikel W. Schwab - Assistant U.S. Attorney for the United States.
> U.S. Attorney's Office
> Sirena Plaza, Suite 500
> 108 Hernan Cortez Avenue
> Hagatna, GU 96910

4

16. **Settlement Conference**: The parties do not wish to submit this case to a settlement conference at this time.

17. **Suggestions for Shortening Trial**. The parties will explore stipulations as to undisputed facts.

18. **Case Management Issues**:

DATED this  11 th  day of ~~November~~ December 11 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge
District Court of Guam

RECEIVED
NOV 24 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

5

APPROVED AS TO FORM AND CONTENT:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_____          _____
MIKEL W. SCHWAB                     WILLIAM L. GAVRAS, Esq.
Assistant U.S. Attorney             Attorney

DATED: 11-24-06

6