

FILED
DISTRICT COURT OF GUAM
DEC 11 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JOSEPHINE M. GRIFFITH, *et al.*, <br><br> Plaintiffs <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Case No. 06-00023 <br><br><br><br><br> MINUTES |

(√) SCHEDULING CONFERENCE  ( ) PRELIMINARY PRETRIAL CONFERENCE
(December 11, 2006, at 9:28 a.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiffs was William L. Gavras, Esq. Appearing on behalf of the Defendant was Assistant United States Attorney Mikel Schwab.

Judge Manibusan and counsel went over the parties' proposed scheduling order and discovery plan. Judge Manibusan made changes to ¶¶ 2, 6(a) and (b), 8, 11 and 14, and thereafter signed the parties' submission.

Judge Manibusan noted that as in other cases before the Court involving the Naval Hospital, there is usually some difficulty involved in finding the physicians and medical staff, who often are no longer on Guam, and (2) arranging the depositions of said individuals who may have relocated to various places throughout the world. Judge Manibusan stressed that the parties should be diligent in scheduling these depositions so as not to unnecessarily delay the proceedings herein. Mr. Schwab stated that his office has worked on a new procedure whereby

ORIGINAL

1  witnesses located throughout the country are having their depositions taken via video
2  conferences arranged through the various United States Attorneys offices.
3      The conference concluded at 9:38 a.m.
4  Dated: December 11, 2006.

*Judith P. Hattori*
JUDITH P. HATTORI
Law Clerk