William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342



FILED
DISTRICT COURT OF GUAM
JAN 31 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Plaintiff
JOSEPHINE M. GRIFFITH

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JOSEPHINE M. GRIFFITH, WENDY LYNN KAILEY, SPRING MARIE RUPP, LISA JEAN GRIFFITH, SERENE MAGLONA, KELLY J. GRIFFITH. FRANCINE A. PAULINO, THEA ROSE FLORES, and LARRISHA L.M. MANGLONA, <br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00023 <br><br><br><br>INITIAL DISCLOSURES OF PLAINTIFFS |

COMES now plaintiffs, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Scheduling Order, hereby provide the following initial disclosures:

I. Names of the individuals likely to have discoverable information. The full names, addresses, and available phone numbers are listed as followed:

ORIGINAL

**Griffith v. United States**
**Initial Disclosures of Plaintiffs**
**January 2007**

1. Josephine M. Griffith
   Phn. No.: 435-527-4301
   474 S. 100 W.
   Monroe, Utah 84754

2. Wendy Lynn Kailey
   1355 N. State Street
   Sigurd, Utah 84657

3. Spring Marie Rupp
   1355n N. State Street
   Sigurd, Utah 84657

4. Lisa Jean Griffith
   1644 N. W. 11th
   Oklahoma City, OK 73106

5. Serene Maglona
   P.O. Box 3236
   Hagatna, Guam 96932

6. Kelly J. Griffith
   Phn. No.: 435-527-4301
   474 S. 100 W.
   Monroe, Utah 84754

7. Francine A. Paulino
   Phn. No.: 435-527-4301
   474 S. 100 W.
   Monroe, Utah 84754

8. Thea Rose Flores
   Phn. No.: 435-527-4301
   474 S. 100 W.
   Monroe, Utah 84754

9. Larrisha L. M. Manglona
   Phn. No.: 435-527-4301
   474 S. 100 W.
   Monroe, Utah 84754

Each person listed can be contacted Care of:

Law Office of William L. Gavras
208 Route 4
J & R Bldg., 2nd Floor
Hagatna, Guam 96910

Phone: 472-2302
Fax: 472-2342

II. Documents submitted: Plaintiffs submit the attached documents:

III. Method of calculating damages:

1. Josephine M. Griffith – One million dollars [1,000,000] as loss of consortium.

2. Wendy Lynn Kailey – One million dollars [1,000,000] as loss of consortium.

3. Spring Marie Rupp – One million Dollars [1,000,000] as loss of consortium.

4. Lisa Jean Griffith – One million dollars [1,000,000] as loss of consortium.

5. Serene Maglona – One million dollars [1,000,000] as loss of consortium.

6. Kelly J. Griffith – One million dollars [1,000,000] as loss of consortium.

7. Francine A. Paulino – One million dollars [1,000,000] as loss of consortium.

8. Thea Rose Flores – One million dollars [1,000,000] as loss of consortium.

9. Larrisha L. M. Manglona – One million dollars [1,000,000] as loss of consortium.

IV. Loss of income due to death of Ronald Griffith

1. At the time of his death, age 58, Ronald Griffith earned a yearly salary of $25,200.00 working for Nanbo/Tamagawa and Associates as well as $22,573.74 from his U.S Retirement pay and $3,863 in Social Security Benefits totaling a yearly income of 52,369.00. Assuming a retirement at the age of 65, a loss of income of $366,583.00.

LAW OFFICES OF WILLIAM L. GAVRAS

Date: January 29, 2007    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that I have caused to be served upon the office of the U.S. Attorney, a true and correct copy of this document on or before January 31, 2007.

LAW OFFICES OF WILLIAM L. GAVRAS

Date: January 29, 2007    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs