William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorney for Plaintiffs
Josephine M. Griffith, Wendy Lynn Kailey,
Spring Marie Rupp, Lisa Jean Griffith,
Serene Manglona, Kelly J. Griffith,
Francine A. Paulino, Thea Rose Flores,
And Larrisha L.M. Manglona

FILED
DISTRICT COURT OF GUAM
NOV - 1 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JOSEPHINE M. GRIFFITH, WENDY LYNN KAILEY, SPRING MARIE RUPP, LISA JEAN GRIFFITH, SERENE MANGLONA, KELLY J. GRIFFITH. FRANCINE A. PAULINO, THEA ROSE FLORES, and LARRISHA L.M. MANGLONA,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant.　　　　　／ | CIVIL CASE NO. 06-00023<br><br><br><br><br><br><br><br>MOTION TO AMEND SCHEDULING ORDER AND DISCOVERY PLAN |

COME NOW Plaintiffs, by and through their counsel of record, William L. Gavras, and hereby move that the Court grant its request to amend the Scheduling Order for this action on the following points:

    1.    Plaintiffs currently do not reside in Guam. Communication between Plaintiffs and their counsel requires additional time due to distance and time difference.

    2.    It may be possible that Plaintiffs' counsel were served discovery requests quite some time ago and counsel has misplaced or lost their copy. Nevertheless,

Josephine Griffith, et. al. v. USA; 06-00023
Motion to Amend Scheduling Order and Discovery Plan
October 2007

counsel was only recently served copies of the discovery requests and Plaintiffs' and their counsel require time to gather and submit their responses.

Respectfully Submitted,

LAW OFFICE OF WILLIAM L. GAVRAS

Dated: 11-1-07

WILLIAM L. GAVRAS, ESQ.
Attorney for Plaintiffs