William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorney for Plaintiffs
Josephine M. Griffith, Wendy Lynn Kailey,
Spring Marie Rupp, Lisa Jean Griffith,
Serene Manglona, Kelly J. Griffith,
Francine A. Paulino, Thea Rose Flores,
And Larrisha L.M. Manglona

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JOSEPHINE M. GRIFFITH, WENDY LYNN KAILEY, SPRING MARIE RUPP, LISA JEAN GRIFFITH, SERENE MANGLONA, KELLY J. GRIFFITH. FRANCINE A. PAULINO, THEA ROSE FLORES, and LARRISHA L.M. MANGLONA, | CIVIL CASE NO. 06-00023 |
| Plaintiffs, vs. | AMENDED SCHEDULING ORDER AND DISCOVERY PLAN |
| UNITED STATES OF AMERICA, Defendant. | |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order and Discovery Plan:

The nature of the case is as follows:

1. Plaintiffs filed suit against the UNITED STATES OF AMERICA seeking damages for wrongful death. Defendants have filed their answer.

**Josephine Griffith, et. al. v. USA; 06-00023**
**Amended Scheduling Order and Discovery Plan**

2. The posture of the case is as follows:

   a) There are no motions pending or filed in this matter.

   b) The following motions have been resolved: None to Date.

   c) The following discovery has been initiated: Defendant has initiated discovery. Plaintiffs have not answered discovery.

3. Motions to Amend: Cutoff for motions to amend pleadings expired on **February 20, 2007.**

4. Motions to Add Parties: Cutoff for Motions to add parties expired on **February 20, 2007.**

5. Discovery Plan. The following is the description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

   a) Initial Disclosures: The times for disclosures under Rule 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows: 26(a)(1) – within 30 days from the date of this order.

   b) Written Discovery: Each party may propound interrogatories and requests to produce and requests for admissions within the limits set by the Federal Rules of Civil Procedure. If either party determines that it needs to propound more discovery than permitted by the Rules, the parties will confer in good faith to accommodate reasonable discovery requests prior to the filing of any motion relating to a discovery dispute.

   c) Discovery cutoff. The discovery cutoff date (defined as the last day to file responses to discovery) shall be **Friday, February 28, 2008**.

2

      d)     Expert Discovery:

          1.     The Disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made no later than **Friday, March 14, 2008**.

          2.     Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made no later than **Friday, April 18, 2008**.

          3.     The depositions of experts may be scheduled at any time at least 20 days subsequent to the submission of rebuttal reports and the depositions of said experts shall be completed no later than **Friday, May 16, 2008**.

6.     Motions

      a)     The anticipated discovery motions are: None are anticipated at this time. All discovery motions shall be filed on or before **Friday, April 25, 2008**.

      b)     The anticipated dispositive motions are: Unknown at this time. All dispositive motions shall be filed on or before **Friday, June 13, 2008**.

7.     The prospects for settlement are unknown at this time;

8.     The Preliminary Pre-Trial Conference shall be held on **Tuesday, August 26, 2008, at 10:00 a.m.**

9.     The parties' pre-trial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before **Tuesday, September 2, 2008**.

10.     The proposed pretrial order shall be filed on or before **Tuesday, September 2, 2008**.

**Josephine Griffith, et. al. v. USA; 06-00023**
**Amended Scheduling Order and Discovery Plan**

      11.    The final Pre-Trial Conference shall be held on **Tuesday, September 9, 2008, at 10:00 a.m.**

      12.    The trial shall commence on **Tuesday, September 16, 2008** at 9:00a.m.;

      13.    This is a trial to the Court. There shall be no jury.

      14.    It is anticipated that it will take three (3) to four (4) days to try this case.

      15.    The names of the counsel on this case are:

> **William L. Gavras, Esq.**
> Law Offices of William L. Gavras
> Attorney for Plaintifs
>
> **Mikel W. Schwab, Esq.**
> Assistant US Attorney for the United States
> U.S. Attorney's Office

      16.    The parties do not wish to submit this case to a settlement conference at this time.

      17.    Suggestions for shortening Trial: The parties will explore stipulations as to undisputed facts.

      18.    The following issues will also affect the status or management of the case: None at this time.



      **/s/ Joaquin V.E. Manibusan, Jr.**
         **U.S. Magistrate Judge**
**Dated: Feb 21, 2008**