FILED
DISTRICT COURT OF GUAM
JUN 04 2008
JEANNE G. QUINATA
Clerk of Court

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| JOSEPHINE M. GRIFFITH, WENDY LYNN KAILEY, SPRING MARIE RUPP, LISA JEAN GRIFFITH, SERENE MANGLONA, KELLY J. GRIFFITH, FRANCINE A. PAULINO, THEA ROSE FLORES, and LARRISHA L.M. MANGLONA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. ~~07-00030~~ 06-00023<br><br>**STIPULATED NOTICE OF PENDING SETTLEMENT** |

COMES NOW, the United States of America, by and through its undersigned counsel and files this Notice of Pending Settlement to inform the Court that the parties have reached an agreement to settle. The parties are awaiting the Superior Court's approval of the minor children's compromise as required by Section 3602 of Title 15 of the Guam Code Annotated.



ORIGINAL

SO STIPULATED AND AGREED: this 3rd day of ~~May~~ June, 2008.

LEONARDO M. RAPADAS
United States Attorney
District of Guam and NMI

BY: [signature]
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney

SO STIPULATED AND AGREED: this 28 day of May, 2008.

LAW OFFICES OF WILLIAM L. GAVRAS

[signature]
WILLIAM L. GAVRAS
Attorneys for Plaintiffs