LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JOSEPHINE M. GRIFFITH, WENDY LYNN KAILEY, SPRING MARIE RUPP, LISA JEAN GRIFFITH, SERENE MANGLONA, KELLY J. GRIFFITH, FRANCINE A. PAULINO, THEA ROSE FLORES, and LARRISHA L.M. MANGLONA, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 06-00023 <br><br> **ORDER VACATING DATES OF SCHEDULING ORDER AND DISCOVERY PLAN** |

This matter came before the Court on the Stipulated Notice of Pending Settlement filed on June 4, 2008. In light of the pending settlement it is hereby ordered that all dates in the Amended Scheduling Order and Discovery Plan filed February 21, 2008, are vacated and shall be rescheduled in the event a party notifies the court that the settlement was not approved.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 21, 2008