William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
101 Salisbury Street
Dededo, Guam 96929
Telephone: 632-4357
Facsimile: 632-4368

Attorney for Plaintiffs
Josephine M. Griffith, Wendy Lynn Kailey,
Spring Marie Rupp, Lisa Jean Griffith,
Serene Manglona, Kelly J. Griffith,
Francine A. Paulino, Thea Rose Flores,
And Larrisha L.M. Manglona



**FILED**
DISTRICT COURT OF GUAM
AUG 20 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JOSEPHINE M. GRIFFITH, et al., | CIVIL CASE NO. 06-00023 |
| Plaintiffs, | MOTION TO SEAL DOCUMENTS PURSUANT TO E-GOVERNMENT ACT OF 2002 |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

COME NOW, Plaintiffs and move this Court to seal the following documents presented for filing in this Court on August 19, 2008:

    1.    Ex Parte Petition for Appointment of Guardian Ad Litem; and

    2.    Request for Approval of Settlement of Minors' Claims.

Local Rules of Practice General Order No. 03-0023 requires the documents to be filed under seal as they pertain to minors and mention the minors' names.



ORIGINAL

**Griffith, et al. v. USA, Civil Case No. 06-00023**
**Motion to Seal Documents Pursuant to E-Government Act of 2002**
**August 20, 2008**

WHEREFORE, Plaintiffs move for sealing the documents referred to herein.

Respectfully Submitted,

LAW OFFICES OF WILLIAM L. GAVRAS

Dated: August 20, 2008.   By: /s/ *signature*
WILLIAM L. GAVRAS, ESQ.
Attorney for Plaintiffs