**William L. Gavras, Esq.**
**LAW OFFICES OF WILLIAM L. GAVRAS**
**A Professional Corporation**
**101 Salisbury Street**
**Dededo, Guam 96929**
**Telephone:  632-4357**
**Facsimile:   632-4368**

**Attorney for Plaintiffs**
**Josephine M. Griffith, Wendy Lynn Kailey,**
**Spring Marie Rupp, Lisa Jean Griffith,**
**Serene Manglona, Kelly J. Griffith,**
**Francine A. Paulino, Thea Rose Flores,**
**And Larrisha L.M. Manglona**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| **JOSEPHINE M. GRIFFITH, et al.,** | CIVIL CASE NO. 06-00023 |
| Plaintiffs, | |
| vs. | ORDER |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

The Motion to Seal Documents Pursuant to E-Government Act of 2002 was presented, read and considered by the Court on this date.  The Court finds that good cause exists for the documents to be sealed.

IT IS THEREFORE ORDERED that following documents filed in this Court on August 19, 2008 be sealed:

      1.     Ex Parte Petition for Appointment of Guardian Ad Litem; and

    2.    Request for Approval of Settlement of Minors' Claims.

**SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Aug 26, 2008**