LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| JOSEPHINE M. GRIFFITH, WENDY LYNN KAILEY, SPRING MARIE RUPP, LISA JEAN GRIFFITH, SERENE MANGLONA, KELLY J. GRIFFITH, FRANCINE A. PAULINO, THEA ROSE FLORES, and LARRISHA L.M. MANGLONA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00023<br><br>**UNITED STATES' NOTICE OF NON-OBJECTION TO PLAINTIFF'S PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

COMES NOW, the United States of America, by and through its undersigned counsel and hereby files this Notice of Non-Objection to Plaintiff's Petition for Appointment of Guardian Ad Litem.

//

1

So submitted this 3rd day of September, 2008.

                LEONARDO M. RAPADAS
                United States Attorney
                District of Guam and NMI

BY: *(signature)*
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney