**FILED**
DISTRICT COURT OF GUAM

SEP 0 3 2008 

JEANNE G. QUINATA
Clerk of Court

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

JOSEPHINE M. GRIFFITH, ) CIVIL CASE NO. ~~07-00030~~ 06-00023
WENDY LYNN KAILEY, SPRING )
MARIE RUPP, LISA JEAN GRIFFITH, )
SERENE MANGLONA, KELLY J. )
GRIFFITH, FRANCINE A. PAULINO, )
THEA ROSE FLORES, and )
LARRISHA L.M. MANGLONA, )
                 )
          Plaintiffs, )
                 )
     vs. )
                 )
UNITED STATES OF AMERICA, )
                 )
          Defendant. )
_____ )

**UNITED STATES' NOTICE OF
NON-OBJECTION TO PLAINTIFFS'
REQUEST FOR APPROVAL OF
SETTLEMENT**

COMES NOW, the United States of America, by and through its undersigned counsel

and hereby files this Notice of Non-Objection to Plaintiffs' Request for Approval of Settlement.

The United States hereby agrees to honor its Offer of Judgment submitted on March 13, 2008.

The United States has no opinion as to the apportionment of the judgment amount. Upon the

1

**ORIGINAL**

1

2  Plaintiffs' acceptance of the Offer of Judgment and this Court's issuance of the Judgment, the

3  United States will commence payment procedures for wiring funds to Plaintiffs' counsel for his

4  disbursement to the Plaintiffs.

5        So submitted this 3rd day of September, 2008.

6                                        LEONARDO M. RAPADAS
                                         United States Attorney
7                                        District of Guam and NMI

8

9        BY
                                         MIKEL W. SCHWAB
10                                       Assistant U.S. Attorney
                                         JESSICA F. CRUZ
11                                       Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23                                    2

24