William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
101 Salisbury Street
Dededo, Guam 96929
Telephone: 632-4357
Facsimile: 632-4368

Attorney for Plaintiffs
Josephine M. Griffith, Wendy Lynn Kailey,
Spring Marie Rupp, Lisa Jean Griffith,
Serene Manglona, Kelly J. Griffith,
Francine A. Paulino, Thea Rose Flores,
And Larrisha L.M. Manglona

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JOSEPHINE M. GRIFFITH, WENDY LYNN KAILEY, SPRING MARIE RUPP, LISA JEAN GRIFFITH, SERENE MANGLONA, KELLY J. GRIFFITH. FRANCINE A. PAULINO, THEA ROSE FLORES, and LARRISHA L.M. MANGLONA, | CIVIL CASE NO. 06-00023 |
| Plaintiffs, | ORDER |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The Petition of Daniel S. Somerfleck for the appointment of petitioner as Guardian ad Litem for the minors Larrisha L.M. Manglona and Thea Rose Flores was presented, read and considered by the Court on this date. The Court finds that good cause exists for the appointment.

    IT IS THEREFORE ORDERED that Daniel S. Somerfleck is appointed Guardian ad Litem of the minors Larrisha L.M. Manglona and Thea Rose Flores for the purpose of prosecuting and bringing to a conclusion the above entitled action.

**SO ORDERED.**


/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Sep 05, 2008

2