William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
101 Salisbury Street
Dededo, Guam 96929
Telephone: 632-4357
Facsimile: 632-4368

Attorney for Plaintiffs
Josephine M. Griffith, Wendy Lynn Kailey,
Spring Marie Rupp, Lisa Jean Griffith,
Serene Manglona, Kelly J. Griffith,
Francine A. Paulino, Thea Rose Flores,
And Larrisha L.M. Manglona

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JOSEPHINE M. GRIFFITH, WENDY LYNN KAILEY, SPRING MARIE RUPP, LISA JEAN GRIFFITH, SERENE MANGLONA, KELLY J. GRIFFITH. FRANCINE A. PAULINO, THEA ROSE FLORES, and LARRISHA L.M. MANGLONA, | CIVIL CASE NO. 06-00023 |
| Plaintiffs, vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The request for approval of settlement of minors' claims submitted by Daniel S. Somerfleck, Guardian ad Litem for the minors Larrisha L.M. Manglona and Thea Rose Flores was presented, read and considered by the Court on this date. The Court finds that good cause exists and the settlement of the minors' claims are hereby approved.

IT IS THEREFORE ORDERED THAT, the Clerk of the District Court of Guam is hereby to receive and be paid monies in settlement of the claim of the minors for damages suffered as a result of the death of their adopted father and/or guardian, Ronald Griffith, and that the settlement in the amount of $5,687.50 each for the minors LARRISHA L.M. MANGLONA and THEA ROSE FLORES is hereby approved. The Guardian Ad Litem is authorized to sign a Release and/or any necessary documents on behalf of the minors in consideration of the settlement.

IT IS FURTHER ORDERED, the Law Offices of William L. Gavras can deduct $1,387.79 for attorney's fees and $136.35 for costs in this case from the settlement amount of each minor respectively.

IT IS FURTHER ORDERED, that the minors' respective net recoveries of $4,225.86 each be paid or delivered to the Clerk of the District Court of Guam pursuant to District Court of Guam Local Rule 17.1(c).

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Sep 05, 2008